IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN THE MATTER OF                          Chapter 13

MARY ROGUS                    }           NO. 2009 B 48791
            DEBTOR

                                          JUDGE    : Schmetterer
                                          TRUSTEE  : Vaughn

MARY ROGUS                                ADV. PROC. NO. 10-00197

        Plaintiff,

vs.

TCF NATIONAL BANK
            Defendant.

## FINDINGS OF FACTS ~~AND CONCLUSIONS OF LAW~~ FOR ORDER FOR SUMMARY JUDGMENT UPON COMPLAINT TO AVOID LIEN OF MORTGAGE CREDITOR TCF NATIONAL BANK

*the following [handwritten] pursuant to Pretrial [illegible] summary Judgment and sufficient exhibit [illegible] facts are found to be undisputed*

1) This adversary proceeding is brought pursuant to Rule of the Federal Rules of

Bankruptcy Procedure (the" Bankruptcy Rules"), to seek relief in accordance with

U.S.C. Sections  FRCVP Rule 56.

2. This adversary proceeding is one arising out Defendant's Case No. 09-48791

under Chapter 13 of Title 11 now pending in this Court. This Court has

jurisdiction over this adversary proceeding o 28 U.S.C. Section 157, Section 1334.

This is a core proceeding under 28 U.S.C. Section 157(b)(2)(I).

3. Venue is proper in this Court pursuant to 28 U.S.C. Sections 1408 and 1409(b).

4.  That although the Debtor had estimated the value of her homestead real estate

located at 3725 Wenonah Avenue to be worth $172,000;  a Uniform Residential

Appraisal Report ( Copy attached as Exhibit "A") places the value at $85,000.

5.  Since the Debtor's 1st Mortgage loan secured by this real estate has a current

payoff balance of $ 139, 456.74, there is no value left in the Debtor's homestead

real estate  to secure any portion of the current lien of Mortgage Creditor TCF

National Bank, whose lien is for a $14,500 loan balance

6.  That the Defendant has produced no evidence to rebut the assertion made in

Plaintiff's Complaint that there is no value left in the Debtor's homestead real

estate  to secure any portion of the current lien of Mortgage Creditor TCF

National Bank, whose lien is for a $14,500 loan balance

Entered    7/ 15/ 10                                    _____
                                                              JUDGE

JUL 29 2010

Jay M. Reese #2301873
Attorney at Law
286 W. FULLERTON AVE
ADDISON , Illinois 60101
630-628-0773